CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JONAH P. ROSS (CABN 305076)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
jonah.ross@usdoj.gov

Attorneys for United States of America

FILED

OCT 07 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TERRY LEE BEACHAM,<br>Defendant. | NO. 4:25-MJ-70522 MAG [KAW]<br>NOTICE OF DISMISSAL; ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint against Terry Lee Beacham.

DATED: October 6, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
ILHAM A. HOSSEINI
Chief, Oakland Branch

Leave is granted to the government to dismiss the complaint against Terry Lee Beacham.

Date: 10/7/2026

HON. KANDIS A. WESTMORE
United States Magistrate Judge